■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v GREGORY D. HICKS, Defendant. [986 NYS2d 345]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Westchester County, rendered June 8, 2012.

Ordered that the application is granted, and the defendant's notice of appeal is deemed to have been timely filed.

The defendant has established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Hall, J.P., Roman, Duffy and LaSalle, JJ., concur.